UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARY GEARIN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 4:09CV72 CDP |
| DOLGENCORP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| LARRY UNDERWOOD, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 4:09CV78 CDP |
| DOLGENCORP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DALE NOLL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 4:09CV81 CDP |
| DOLGENCORP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER SETTING SCHEDULING CONFERENCE**

Because there are a number of related cases pending in this district, it is in the interests of judicial economy that we coordinate their schedules, to the extent possible. Defendant has requested an early scheduling conference in each of the above listed cases, as well as in others assigned to other judges of this district. I will hold a Rule 16 scheduling conference on Friday, February 27, 2009 at 2:00 p.m. in the three cases captioned above, and ask that counsel propose a joint scheduling plan for these three cases no later than Wednesday, February 25, 2009. In the joint statement, counsel should indicate whether coordination of all the Eastern District of Missouri cases is appropriate, and if so, how they believe that should be handled.

Accordingly,

**IT IS HEREBY ORDERED** that the Rule 16 conference previously set in Case No. 4:09CV81 CDP for February 20, 2009 is **VACATED**.

**IT IS FURTHER ORDERED** that defendant's motions for an early scheduling conference [#14 in Case No. 4:09CV72 CDP, #12 in Case No. 4:09CV78 CDP and #14 in Case No. 4:09CV81 CDP] are granted and the conference pursuant to Rule 16, Fed.R.Civ.P. in these three cases is set for **Friday, February 27, 2009 at 2:00 p.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that defendants' attorneys' motions for leave to appear Pro Hac Vice [##15 and 16 in Case No. 4:09CV72 CDP; ##11, 13 and 14 in Case No. 4:09CV78 CDP; and ##16 and 17 in Case No. 4:09CV81 CDP] are granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2009.