UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY GEARIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09CV72 CDP |
| | ) |
| DOLGENCORP, INC., et al., | ) **Lead Case** |
| | ) |
| Defendant. | ) |

**This Order also applies to the following cases:**
**4:09CV73 JCH, Hogan v. Dolgencorp**
**4:09CV74 ERW, Kanatzer v. Dolgencorp**
**4:09CV75 CEJ, Kuenz v. Dolgencorp**
**4:09CV76 HEA, McGrath v. Dolgencorp**
**4:09CV77 JCH, Zweifel v. Dolgencorp**
**4:09CV78 CDP, Underwood v. Dolgencorp**
**4:09CV80 CAS, Stroder v. Dolgencorp**
**4:09CV81 CDP, Noll v. Dolgencorp**
**4:09CV82 RWS, Rinker v. Dolgencorp**

## ORDER OF PRE-TRIAL CONSOLIDATION

After discussing this matter fully with counsel at the Rule 16 Conference held on the record February 27, 2009,

**IT IS HEREBY ORDERED** that the above cases are consolidated before the undersigned for pretrial purposes only. Once the cases are ready for trial, they will be returned to the docket of the District Judges in this district to whom they were assigned before the entry of this Order. The undersigned will preside over

all pretrial matters, including ruling on any dispositive motions.

**IT IS FURTHER ORDERED** that pleadings (as defined in Rule 7(a), Fed. R. Civ. P.) and any motions directed to the pleadings (for example, motions to dismiss, motions to strike, motions for summary judgment) should be filed in each individual case. All other motions and papers, including those related to discovery or scheduling, should be filed in Case No. 4:09CV72 CDP, which shall be designated the "Lead Case" because it bears the lowest case number.

**IT IS FURTHER ORDERED** that the Case Management Order entered in the Lead Case applies to all cases listed above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transfer all of the above listed cases to the undersigned. At the conclusion of the pretrial phase, the cases will be transferred back to the original District Judges.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2009.